PER CURIAM.
 

 Affirmed.
 
 See Smith v. Fla. Dep’t of Corr.,
 
 999 So.2d 648 (Fla. 1st DCA 2008) (Table) (affirming sanction order entered in case no. 2008 CA 000983, precluding filings by Appellant in circuit court unless he is represented by counsel).
 
 See also Pettway v. State,
 
 776 So.2d 930, 931 (Fla. 2000) (holding dismissal as sanction not precluded even where cause has been transferred from a higher court);
 
 Dade County Sch. Bd. v. Radio Station WQBA,
 
 731 So.2d 638, 644-45 (Fla.1999).
 

 KAHN, BENTON, and VAN NORTWICK, JJ., concur.